```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW DICKMANN,

                Defendant.

14 Cr. 616-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for September 9, 2024, is rescheduled to **October 7, 2024**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant's sentencing submission is due by **September 20, 2024**, and the Government's sentencing submission is due by **September 27, 2024**.

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge