USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

MATTHEW DICKMANN,

                  Defendant.

14 Cr. 616-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for October 7, 2024, is ADJOURNED to **October 21, 2024**, at **12:00 p.m.**

    SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge